IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

DONALD ASBELL,

    Plaintiff           *

vs.      *    CASE NO. 3:11-CV-34 (CDL)

MICHAEL J. ASTRUE, Commissioner  *
of Social Security,

              *

    Defendant

             *

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on January 17, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

    IT IS SO ORDERED, this 9th day of February, 2012.

                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE